**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CORY COLLINS,**

                  **Plaintiff,**

**-vs-**                                                          Case No. **6:07-cv-152-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

                  **Defendant.**
_____

## ORDER TO SHOW CAUSE

This cause is before the Court on Plaintiff's Motion For Leave To Withdraw As Counsel (Doc. 4) filed on February 25, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and further recommending that the case be DISMISSED for failure to prosecute and abandonment of Plaintiff's claim if Plaintiff fails timely to respond to his counsel allowing prosecution of his claim.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 29, 2008 (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion For Leave To Withdraw As Counsel (Doc. 4), filed February 25, 2008, is **DENIED**.

3. Plaintiff's counsel is directed to serve a copy of the following documents on Plaintiff: (1) Motion For Leave To Withdraw As Counsel (Doc. 4); (2) Report and Recommendation on the Motion For Leave To Withdraw As Counsel (Doc. 5); and (3) this Order. Counsel shall, thereafter, electronically file a certification confirming that these documents have been served.

4. This case will be **DISMISSED** without prejudice absent Plaintiff's showing of good cause why his case should not be dismissed for failure to prosecute within **TEN DAYS** of service of the above-identified documents.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 17, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge